AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) ) ) ) ) |
| *Defendant* | ) |

Case No. 14-mj-5049-JGD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Edward Boyer ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: May 23, 2014

*Issuing officer's signature*

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

City and state: Boston, MA

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) ) ) ) ) |
| *Defendant* | |

Case No. 14-mj-5049-JGD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Patrick Murphy,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: **May 23, 2014**

City and state: Boston, MA

*Issuing officer's signature*

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) Case No. 14-mj-5049-JGD |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Paul Pedreira  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: May 23, 2014

*Issuing officer's signature*

City and state: Boston, MA

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) ) ) ) ) | Case No. 14-mj-5049-JGD |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Nathan Arruda,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: **May 23, 2014**

*Issuing officer's signature*

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

City and state:   Boston, MA

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) Case No. 14-mj-5049-JGD ) ) ) ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Simmons,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: **May 23, 2014**

*Issuing officer's signature*

City and state: Boston, MA

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) Case No. 14-mj-5049-JGD |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Travis Nichols,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: May 23, 2014

*Issuing officer's signature*

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

City and state: Boston, MA

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) Case No. 14-mj-5049-JGD ) ) ) ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rebecca Reynolds                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date:   **May 23, 2014**

*Issuing officer's signature*

City and state:   Boston, MA

U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| (1) EDWARD BOYER; (2) PATRICK MURPHY; (3) PAUL PEDREIRA; (4) NATHAN ARRUDA; (5) DAVID SIMMONS; (6) TRAVIS NICHOLS; (7) REBECCA REYNOLDS; (8) JAYME REYNOLDS | ) Case No. 14-mj-5049-JGD ) ) ) ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jayme Reynolds,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ☑ Complaint
❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Marijuana

Date: May 23, 2014

*Issuing officer's signature*

City and state: Boston, MA
U.S. Magistrate Judge Judith G. Dein
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

Glenn Cudmore, Task Force Officer
*Printed name and title*