IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>vs.<br><br>(1) EDWARD BOYER; (2) PATRICK MURPHY;<br>(3) PAUL PEDREIRA; (4) NATHAN ARRUDA;<br>(5) DAVID SIMMONS; (6) TRAVIS NICHOLS;<br>(7) REBECCA REYNOLDS; (8) JAYME<br>REYNOLDS,<br><br>    Defendant. | **Criminal No.** 14-mj-5049-JGD |

## GOVERNMENT'S MOTION TO UNSEAL
## COMPLAINT AND RELATED DOCUMENTS

The United States of America hereby moves this Court to direct that the complaint, the search warrant applications, supporting affidavit, search warrants, this motion, any ruling on this motion, and all related paperwork until further order of this Court warrants, be unsealed. In support of this motion, the government states that the defendants were arrested on May 28, 2014, and that there is no further reason to keep the complaint secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Theodore B. Heinrich*
Theodore B. Heinrich
Assistant U.S. Attorney

Date: May 28, 2014