UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>(1)  EDWARD BOYER, *et al.,*   )<br>)<br>Defendants.   ) | Criminal No.: 14-10163-NMG |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By:   */s/ Veronica M. Lei*
VERONICA M. LEI
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
Veronica.lei@usdoj.gov
Date: June 17, 2014            (617) 748-3100

CERTIFICATE OF SERVICE

I, Veronica M. Lei, Assistant United States Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Veronica M. Lei*
Veronica M. Lei
Date: June 17, 2014            Assistant United States Attorney