United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,  <br><br>v.  <br><br>EDWARD BOYER,  <br><br>Defendant. | Criminal Action No. 14-10163-NMG |

**ORDER**

GORTON, J.

For the reasons set forth in the Memorandum and Order to follow, the motion of defendant Edward Boyer to dismiss the indictment charging him with conspiracy to distribute and to possess with intent to distribute marijuana (Docket No. 155) is **DENIED**.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated September 15, 2015

-1-